

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2017

No. 04-16-00500-CR

Nicholas **LOPEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 15-01-0025-CRA
Honorable Donna S. Rayes, Judge Presiding

# **O R D E R**

Appellee's motion for extension of time to file brief is granted.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court